# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ORLANDO STANFORD, : No. 10 WAP 2017
:
Appellant :
:
: Appeal from the decision of the Office of
v. : Disciplinary Counsel dated December 14,
: 2016 at No. C4-16-997 dismissing the
OFFICE OF DISCIPLINARY COUNSEL, : complaint.
:
Appellee :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2017, the Notice of Appeal is quashed.